UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

           Plaintiff,

    - v. -  :  JUDGMENT OF FORFEITURE

$120,869.25 IN UNITED STATES CURRENCY FORMERLY ON DEPOSIT IN BANK OF AMERICA, ACCOUNT 466008806549, HELD IN THE NAME OF "DELATECH VENTURES LLC," AND ALL FUNDS TRACEABLE THERETO,  :  22 Civ. 4130 (JPO)

AND

$239,742.36 IN UNITED STATES CURRENCY FORMERLY ON DEPOSIT IN SUNTRUST BANK ACCOUNT 1000247182099 HELD IN THE NAME OF "PAUL UK EXPORTS," AND ALL FUNDS TRACEABLE THERETO,

        Defendants-*in-rem.*
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       WHEREAS, on or about May 20, 20202, the United States commenced an *in rem* forfeiture action seeking the forfeiture of the following by the filing of a Verified Complaint for Forfeiture (the "Verified Complaint"):

    i. $120,869.25 in United States currency, formerly on deposit in Bank of America Account 466008806549, held in the name of "Delatech Ventures LLC," (the "Delatech Funds"), and

    ii. $239,742.36 in United States currency, formerly on deposit in Suntrust Bank Account 1000247182099, held in the name of "Paul UK Exports," (the "PAUL UK Funds"),

(i and ii, collectively, the "Defendants-in-rem");

2

WHEREAS, the Verified Complaint alleged that the Defendants-*in-rem* are subject to forfeiture pursuant to Title 18, United States Code, Sections 981(a)(1)(A) and 981(a)(1)(C);

WHEREAS, notice of the Verified Complaint against the Defendants-*in-rem* was posted on the official government internet site, www.forfeiture.gov, for at least 30 consecutive days, beginning on June 10, 2022, through July 9, 2022, and proof of such publication was filed with the Clerk of this Court on September 16, 2022 (D.E. 7);

WHEREAS, as set forth in Rule G(4)(a)(ii) and Rule G(5)(a)(ii), the notice of forfeiture specified the Defendants-*in-rem,* and the intent of the United States to forfeit and dispose of the Defendants-*in-rem*, thereby notifying all third parties of their right to file a claim to adjudicate the validity of their alleged legal interest in the Defendants-*in-rem*, within sixty days from the first day of publication of the Notice on the official government internet site;

WHEREAS, on or about May 27, 2022, the Government sent direct notice of the Verified Complaint by Certified Mail or International Federal Express to the following:

> Bruce D. Beecher
> ███████████████████████
> Stuart, FL 34997
>
> Theodore Boub
> ███████████████
> Long Beach, CA 90806
>
> Kelvin W. Davis
> ███████████████
> Atlanta, GA 30309
>
> Debenham's UK
> Debenham's Retail Ltd.
> 49-51 Dale Street
> Manchester MI 2HG, United Kingdom
>
> Delatech Ventures
> Delatech Ventures LLC
> 157 Lowell Street
> Waltham, MA 02453

3

Flagman Seafood LLC
c/o Joseph D. Grunberg, Esq.
600 Peachtree St, NE, Suite 3900
Atlanta, GA 30308

Brian Gorman
Hope Valley, SA 5090 AU

Jan L. Hill
Milwaukee, WI 53211

N. Howery Jr.
Sherman, TX 75092

Charles A. Iacona
Pittson, PA 18640

Maurice A. Mann
Fort Lauderdale, FL 33308

Paul UK Exports
2431 Mesa Street
Columbus, Georgia 31903

Gary Petrauski
Palm Springs, CA 92262

Nester Luna Popo Pod
Pahokee, FL 33476

Two Offshore Marine
c/o Paul N. Monnin, Esq.
One Atlantic Center
1201 Peachtree Street
Atlanta, Georgia 30309

Uitvoeringsorgaan Sociale En Ziekte
c/o Joseph DeMarco, Esq.
99 Park Avenue, Suite 1100
New York, NY 10016

4

(the "Noticed Parties");

WHEREAS, the Noticed Parties are the only individuals and/or entities known to the Government to have a potential interest in the Defendants-*in-rem*; and

WHEREAS, no claims or answers have been filed or made in this action and no other parties have appeared to contest the action, and the requisite time periods in which to do so, as set forth in Title 18, United States Code, Section 983(a)(4)(A) and Rule G of the Supplement Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims, have expired.

WHEREAS, the Government recently became aware that the Verified Complaint contained an error, in which the amount of the Paul UK Funds was incorrectly asserted to be $239,742.36 in United States currency, when in fact, the correct amount is $239,739.36 in United States currency (the "Corrected Paul UK Funds"); and

WHEREAS, the Verified Complaint is, in all other respects, accurate and unchanged.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. The Delatech Funds and the Corrected Paul UK Funds (together the "Corrected Defendants-*in-rem*") shall be, and the same hereby are forfeited to the plaintiff United States of America.

2. The United States Marshals Service (or its designee) shall dispose of the Corrected Defendants-*in-rem*, according to law.

Dated: New York, New York
September 19, 2022

SO ORDERED:

_____
J. PAUL OETKEN
United States District Judge