UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>            -v-<br><br>$120,869.25 IN UNITED STATES CURRENCY FORMERLY ON DEPOSIT IN BANK OF AMERICA, ACCOUNT 466008806549, HELD IN THE NAME OF "DELATECH VENTURES LLC," AND ALL FUNDS TRACEABLE THERETO<br><br>AND<br><br>$239,742.36 IN UNITED STATES CURRENCY FORMERLY ON DEPOSIT IN SUNTRUST BANK ACCOUNT 1000247182099 HELD IN THE NAME OF "PAUL UK EXPORTS," AND ALL FUNDS TRACEABLE THERETO,<br><br>                    Defendants-*in-rem*. | 22-CV-4130 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

    The Court issued a judgment of forfeiture in this matter on September 19, 2022.  (ECF No. 10).  The Clerk of Court is therefore directed to close this case.

    SO ORDERED.

Dated: July 21, 2023
       New York, New York

_____
J. PAUL OETKEN
United States District Judge